IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:22-cv-00070-FL

| | |
|---|---|
| SAMANTHA HOOVER, <br> SS# 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 <br><br>     Plaintiff <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of the Social Security Admin. <br><br>     Defendant | ORDER |

This matter is before the Court on Plaintiff's Motion to Seal. For good cause shown, the Court hereby enters this Order sealing Docket Entry 10 entitled Memorandum in Support of Plaintiff's Motion for Judgment on the Pleadings, which was filed and entered in this matter on September 9, 2022.

The Clerk of the Court is directed to take the necessary and appropriate actions consistent with this Order.

SO ORDERED this 18th day of January, 2023.

                                                     LOUISE W. FLANAGAN
                                                    United States District Judge