UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA HOOVER )<br>        Plaintiff, )<br>        )<br>v.         )<br>        )<br>        )<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security,         )<br>        Defendant. )<br>        ) | **JUDGMENT**<br><br>No. 7:22-CV-70-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 18, 2023, that defendant pay to plaintiff $6,550.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 18, 2023, and Copies To:**
Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


January 18, 2023        PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk